UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                 Government,         :    18 CR. 218 (RMB)
                                             :
        - against -                        :    **ORDER**
                                             :
CHRISTIAN TORO,                              :
                 Defendant.          :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, June 7, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 312 100 66#

Dated: May 31, 2023
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**