**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 18 CR. 218 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| CHRISTIAN TORO, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 2, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 572 311 257#

Dated: July 24, 2023
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**