UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                          Government,    :     18 CR. 218 (RMB)
                                          :
        - against -                    :     **ORDER**
                                          :
CHRISTIAN TORO,                           :
                           Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, November 7, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 176 514 3#

Dated: November 1, 2023
      New York, NY

                                                             **RICHARD M. BERMAN**
                                                                   **U.S.D.J.**