UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                      Government,     :     18 CR. 218 (RMB)
                                                  :
        - against -                             :     **ORDER**
                                                  :
CHRISTIAN TORO,                                   :
                      Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 18, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 294 526 818#

Dated: January 10, 2024
       New York, NY

                                                            */s/ Richard M. Berman*
                                               **RICHARD M. BERMAN**
                                                     **U.S.D.J.**