UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   18 CR. 218 (RMB)
                                         :
       - against -                      :   **ORDER**
                                         :
CHRISTIAN TORO,                          :
                Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 25, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 289 912 763#

Dated: April 17, 2024
       New York, NY

_____
      **RICHARD M. BERMAN**
           **U.S.D.J.**