UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,      :       18 CR. 218 (RMB)
                                         :
            - against -                  :       **ORDER**
                                         :
CHRISTIAN TORO,                          :
                                         :
                        Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 24, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 869 472 632#

Dated: September 18, 2024
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**