UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :    18 CR. 218 (RMB)
                                         :
          - against -                    :    **ORDER**
                                         :
CHRISTIAN TORO,                          :
                                         :
                    Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 21, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 256 155 777#

Dated: November 13, 2024
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.