UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,              :    18 CR. 218 (RMB)
                                           :
         - against -                     :    **ORDER**
                                           :
CHRISTIAN TORO,                            :
                                           :
                    Defendant.               :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, January 13, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 266 773 815#

Dated: January 8, 2025
       New York, NY

                                                          *Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**