**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 18 CR. 218 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| CHRISTIAN TORO, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, June 10, 2025 at 2:00 P.M. will take place in Courtroom 17B.

Dated: June 4, 2025
     New York, NY

 

_____
RICHARD M. BERMAN
U.S.D.J.