UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                     Government,    :   18 CR. 218 (RMB)
                                         :
        - against -                    :   **ORDER**
                                         :
CHRISTIAN TORO,                          :
                                         :
                     Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 14, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 686 563 956#

Dated: August 7, 2025
       New York, NY

                                                      RICHARD M. BERMAN
                                                             U.S.D.J.