**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                    :
                              Government,         :    18 CR. 218 (RMB)
                                                    :
            - against -                       :    **ORDER**
                                                    :
CHRISTIAN TORO,                                     :
                                                    :
                              Defendant.          :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 7, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 686 563 956#

Dated: October 1, 2025
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**