UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                    Government,     :     18 CR. 218 (RMB)
                                    :
           - against -              :     **ORDER**
                                    :
CHRISTIAN TORO,                     :
                                    :
                    Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 20, 2025 at 9:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 522 123 168#

Dated: November 12, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**