**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

         :

         Government,      :     18 CR 218 (RMB)

         :

     - against -        :     **ORDER**

         :

CHRISTIAN TORO,         :

         :

         Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 6, 2026 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 819 854 387#

Dated: December 29, 2025
    New York, NY

                  *Richard M. Berman*

                  **RICHARD M. BERMAN**
                    **U.S.D.J.**