**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                :

              Government,      :        18 Cr. 218 (RMB)

                                :

       - against -               :        **ORDER**

                                :

CHRISTIAN TORO,            :

                                :

             Defendant.      :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for February 26, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 18, 2026
       New York, NY

                                      **RICHARD M. BERMAN**
                                         **U.S.D.J.**